IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THERON KENNETH HOLSTON,

    Plaintiff,               No. CIV S-09-2954 DAD P

    vs.

JOSEPH DEBANCA, et al.,

    Defendants.        ORDER

_____/

        Plaintiff has requested that the court take judicial notice of what appears to be a state criminal case: Yuba County Court Case No. CRM-08-0000474. The court is unclear as to why plaintiff has made this request or how the state case referred to by plaintiff is relevant to his civil rights action pending before this court.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's April 8, 2010 request for judicial notice (Doc. No. 18) is denied without prejudice.

DATED: April 23, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
hols2954.jn

1