IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THERON KENNETH HOLSTON,

      Plaintiff,                          No. CIV S-09-2954 KJM DAD P

    vs.

JOSEPH DeBANCA, et al.,

      Defendants.                 <u>ORDER</u>

_____/

         On March 22, 2012, plaintiff filed a request for reconsideration of the magistrate judge's order filed March 12, 2012, granting defendants' motion to compel plaintiff's further deposition and denying plaintiff's motions to compel the further production of documents and responses to requests for admission. As provided by E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court does not find that the magistrate judge's ruling was clearly erroneous or contrary to law. *See, e.g.*, *S.E.C. v. Parkersburg Wireless Ltd. Liability Co.*, 156 F.R.D. 529, 535-36 (D.D.C. 1994); *McCoy v. Commissioner of Internal Revenue*, 696 F.2d 1234, 1236 (9th Cir. 1983)

/////

/////

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of
2  the magistrate judge filed March 12, 2012, is affirmed.
3  DATED: April 3, 2012.

_____
UNITED STATES DISTRICT JUDGE