IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THERON KENNETH HOLSTON,

     Plaintiff,                        No. CIV S-09-2954 KJM DAD P

    vs.

JOSEPH DeBRANCA, et al.,

     Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On May 1, 2012, defense counsel informed the court that the parties have reached a settlement agreement in this matter. Pursuant to the terms of that settlement agreement, the conditions thereof will be satisfied following plaintiff's release from prison on or about July 24, 2012. At that time, the parties will complete dispositive documents. Defendants have therefore requested 120 days to complete this process and ask that the court vacate all upcoming hearing dates and deadlines.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' request for 120 days to file dispositive documents in this case (Doc. No. 78) is granted. Within 120 days of the date of this order, defendants shall file either dispositive documents or a status report explaining the status of the parties' settlement and those

1  dispositive documents; and

2      2.  The court's scheduling order file March 12, 2012 is vacated.  The court will
3  issue a further scheduling order at a future date if necessary.

4  DATED: May 9, 2012.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:9
   hols2954.settle