IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERON KENNETH HOLSTON, | | |
|       Plaintiff, | No. 2:09-cv-2954 KJM DAD P | |
|    vs. | | |
| JOSEPH DeBRANCA, et al., | | |
|       Defendants. | <u>ORDER</u> | |
| _____/ | | |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On May 1, 2012, defense counsel informed the court that the parties have reached a settlement agreement in this matter. Pursuant to the terms of that settlement agreement, the parties on August 28, 2012, filed a stipulation of dismissal and a proposed order dismissing this case. The court has received and reviewed the stipulation signed by all parties.

/////

/////

/////

/////

/////

1

Pursuant to that stipulation, IT IS HEREBY ORDERED that:

1. All pending motions (Doc. Nos. 71, 75 and 81) are denied as moot; and
2. This action is dismissed with prejudice.

DATED: September 5, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hols2954.close